UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PATRICIA MITCHELL TRACEY, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. WDQ-12-1329 |
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

WHEREAS, the Complaint in this matter was filed on April 30, 2012;

WHEREAS the Parties have reached a settlement of Plaintiffs' individual claims in this matter; and

WHEREAS, this case was never certified as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Patricia Mitchell Tracey and Larry Austin, and Defendants First American Title Insurance Company, by their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice as to each of Plaintiffs' individual claims set forth in the Complaint, and without prejudice as to the claims of any individual putative class members. Except as otherwise agreed by the parties, each party shall bear its own costs and counsel fees.

"APPROVED"

3/4/14
Date

William D. Quarles, Jr.
United States District Judge

1

/s/ Martin E. Wolf
Richard S. Gordon (Fed. Bar No. 06882)
Martin E. Wolf (Fed. Bar No. 09425)
Benjamin H. Carney (Fed. Bar No. 27984)
GORDON, WOLF & CARNEY, CHTD.
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204
(410) 825-2300

Philip S. Friedman (Fed. Bar No. 22766)
FRIEDMAN LAW OFFICES, PLLC
1200 New Hampshire Ave., N.W. Suite 600
Washington, D.C. 20036
(202) 293-4175

*Attorneys for Plaintiffs*

/s/ Jason Maschmann (with permission)
Charles Newman (*pro hac vice*)
Jason Maschmann (*pro hac vice*)
Elizabeth Ferrick (admitted *pro hac vice*)
Dentons US LLP
One Metropolitan Square
211 North Broadway Ste 3000
St Louis, MO 63102

Michael J. Duvall (*pro hac vice*)
Dentons US LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017

Ira L Oring (Fed. Bar No. 00733)
Fedder and Garten PA
36 S Charles St Ste 2300
Baltimore, MD 21201

*Attorneys for Defendant*